IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ARMSTEAD,

    Plaintiff,                    No. 2: 11-cv-1054 KJN P

  vs.

TIM V. VIRGA, et al.,

    Defendants.             ORDER TO SHOW CAUSE

_____/

        By order filed May 20, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, plaintiff is granted fourteen days from the date of this order to show cause why this action should not be dismissed for his failure to file an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file an amended complaint; failure to respond to this order will result in the dismissal of this action.

DATED: June 28, 2011

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

arm1054.fta