IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ARMSTEAD,

      Plaintiff,               No. 2: 11-cv-1054 JAM KJN P

    vs.

TIM V. VIRGA, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On February 23, 2012, the undersigned adopted the January 20, 2012 findings and recommendations recommending that this action be dismissed. On February 13, 2012, plaintiff filed a motion for an extension of time to file objections to the findings and recommendations. The undersigned was not aware of plaintiff's motion for an extension of time when he issued the February 23, 2012 order.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The February 23, 2012 order (Dkt. No. 34) and judgment (Dkt. No. 35) are vacated;

      2. Plaintiff's motion for extension of time (Dkt. No. 33) is granted;

////

////

1

1    3. Plaintiff is granted thirty days from the date of this order to file objections to
2 the January 20, 2012 findings and recommendations.
3 DATED: March 20, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE