IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ARMSTEAD,

    Plaintiff,          No. 2:11-cv-1054 JAM KJN P

  vs.

TIM V. VIRGA, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 18, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. On October 29, 2012, plaintiff filed objections to the findings and recommendations. On November 8, 2012, plaintiff filed supplemental objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire
////
file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 18, 2012 (ECF 60), are adopted in full; and

        2. Plaintiff's October 11, 2012 motion for injunctive relief (ECF 58, 63) is

denied.

DATED: December 6, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE