1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES ARMSTEAD,                         No.  2:11-cv-1054 JAM KJN P

12              Plaintiff,

13        v.                                 ORDER

14   TIM V. VIRGA, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  This action is proceeding on the amended complaint as to the following

19   claims against defendants Virga and Mini:  1) racially based lockdown in violation of the Equal

20   Protection Clause; 2) denial of access to a telephone; 3) denial of access to cleaning supplies.

21        On July 12, 2013, defendants filed a motion for judgment on the pleadings.  Plaintiff did

22   not oppose the motion.  Accordingly, on September 20, 2013, the undersigned recommended that

23   defendants' motion be granted.

24        On October 10, 2013, plaintiff filed objections to the September 20, 2013 findings and

25   recommendations.   Plaintiff alleges that prison officials have made it "just about impossible" for

26   him to conduct legal actions against them.  (ECF No. 83 at 1.)  Plaintiff alleges that he has

27   received inadequate law library access.  (Id. at 2.)  Plaintiff alleges that prison officials ignore

28   legal deadlines and that the law library is inadequate.  (Id.)  Plaintiff alleges that he has been

1

1 | housed in the same yard and building as documented enemies.  (Id.)  Plaintiff also alleges that he

2 | has had serious health problems.  (Id.at 1-2.)  Plaintiff alleges that he was denied adequate

3 | medical care.  (Id. at 2.)

4 |      Plaintiff's claims regarding inadequate medical care and being housed near enemies

5 | should be raised in a separate civil rights action.  Plaintiff's claim regarding inadequate law

6 | library access, although vaguely pled, is grounds on which to vacate the September 20, 2013

7 | findings and recommendations.  Plaintiff is granted thirty days from the date of this order to file

8 | his opposition to defendants' motion for judgment on the pleadings.  If plaintiff is unable to

9 | prepare his opposition to defendants' motion due to inadequate law library access, he shall file a

10 | motion for law library access.  In this motion, plaintiff shall address the dates on which he

11 | requested law library access to prepare his opposition, the names of prison officials who denied

12 | him law library access, and the reasons given for denying him law library access.

13 |      Accordingly, IT IS HEREBY ORDERED that:

14 |     1.  The September 20, 2013 findings and recommendations are vacated;

15 |     2.  Plaintiff is granted thirty days from the date of this order to file either an opposition to

16 |        defendants' motion for judgment on the pleadings or a motion for law library access; a

17 |        motion for law library access that does not address the matters set forth above will be

18 |        denied, and requests for an extension will be denied.

19 | Dated:  October 17, 2013

20 |

21 | arm1054.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2