UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARMSTEAD, | No. 2:11-cv-1054 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| TIM V. VIRGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the amended complaint as to the following claims against defendants Virga and Mini: 1) racially based lockdown in violation of the Equal Protection Clause; 2) denial of access to a telephone; 3) denial of access to cleaning supplies.

On July 12, 2013, defendants filed a motion for judgment on the pleadings. Plaintiff did not oppose the motion. Accordingly, on September 20, 2013, the undersigned recommended that defendants' motion be granted.

On October 10, 2013, plaintiff filed objections to the September 20, 2013 findings and recommendations. Plaintiff alleges that prison officials have made it "just about impossible" for him to conduct legal actions against them. (ECF No. 83 at 1.) Plaintiff alleges that he has received inadequate law library access. (Id. at 2.) Plaintiff alleges that prison officials ignore legal deadlines and that the law library is inadequate. (Id.) Plaintiff alleges that he has been

1

housed in the same yard and building as documented enemies. (Id.) Plaintiff also alleges that he has had serious health problems. (Id. at 1-2.) Plaintiff alleges that he was denied adequate medical care. (Id. at 2.)

Plaintiff's claims regarding inadequate medical care and being housed near enemies should be raised in a separate civil rights action. Plaintiff's claim regarding inadequate law library access, although vaguely pled, is grounds on which to vacate the September 20, 2013 findings and recommendations. Plaintiff is granted thirty days from the date of this order to file his opposition to defendants' motion for judgment on the pleadings. If plaintiff is unable to prepare his opposition to defendants' motion due to inadequate law library access, he shall file a motion for law library access. In this motion, plaintiff shall address the dates on which he requested law library access to prepare his opposition, the names of prison officials who denied him law library access, and the reasons given for denying him law library access.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 20, 2013 findings and recommendations are vacated;
2. Plaintiff is granted thirty days from the date of this order to file either an opposition to defendants' motion for judgment on the pleadings or a motion for law library access; a motion for law library access that does not address the matters set forth above will be denied, and requests for an extension will be denied.

Dated: October 17, 2013

arm1054.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2